**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-217 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT DEMETRIUS JOHNSON, | |
| Defendants. | |

_____

      Leshia Lee-Dixon, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

      Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon Defendant's motion to dismiss aggravated identify theft charges [Docket No. 48]. The Court has reviewed the response received from the government and based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the government's request to be allowed to make a motion to amend the plea agreement to include Count 8 amount those counts which will be dismissed at sentencing is **GRANTED**.

DATED: September 21, 2009
at Minneapolis, Minnesota

                                                                                       _____s/John R. Tunheim_____
                                                                                           JOHN R. TUNHEIM
                                                                      United States District Judge