UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-217 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT DEMETRIUS JOHNSON, | |
| Defendant. | |

---

Leshia Lee-Dixon, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Government's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Government's motion to seal document [Docket No. 64] is **GRANTED**.

DATED: November 2, 2009  
at Minneapolis, Minnesota                                                     ‎‎  s/John R. Tunheim  
                                                                                                   JOHN R. TUNHEIM  
                                                                                                   United States District Judge