# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-217 (JRT/JJK) |
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| ROBERT DEMETRUS JOHNSON, | |
| Defendant. | |

_____

Leshia Lee-Dixon, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on defendant's motion to extend his date for voluntary surrender. Defendant is currently required to voluntarily surrender on December 15, 2009 to serve 5 months in a local detention facility. The defendant is making this request because he has not yet received a provisional driving license that he will need to be eligible for work release. The Court finds that defendant has shown good cause for such an extension.

Based upon defendant's request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Defendant's motion [Docket No. 70] is

**GRANTED** and his voluntary surrender date is extended to February 1, 2010 at the designated facility.

DATED: December 23, 2009
at Minneapolis, Minnesota.　　　　　　　　　_____s/John R. Tunheim_____
　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge